UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HELLER URBAN RENEWAL, LLC and THE HARRISON REDEVELOPMENT AGENCY<br><br>       Plaintiff,<br><br> v.<br><br>FER BOULEVARD REALTY CORP., EREZ SHTERNLICHT, STERNCO DOMINION REAL ESTATE CORP., THE HARTZ MOUNTAIN GROUP, and THE HARTZ CONSUMER GROUP, INC.<br><br>       Defendant. | Civil Action No. 2:13-CV-00431<br><br>STIPULATION OF DISMISSAL<br>   WITH PREJUDICE |

  IT IS HEREBY STIPULATED AND AGREED that the above-captioned action be, and is hereby, dismissed *with prejudice* and *without costs or attorneys' fees* against any party.

*Dated this 7th day of January 2016*

PLAINTIFFS:

**Heller Urban Renewal, LLC**
by its undersigned counsel,

HELLRING LINDEMAN GOLDSTEIN
 & SIEGAL LLP

By: /s/ Robert S. Raymar
  Robert S. Raymar
  A Member of the Firm
One Gateway Center
Newark, New Jersey 07102
(973) 621-9020
rsraymar@hlgslaw.com

**The Harrison Redevelopment Agency**,
by its undersigned counsel,

CASTANO QUIGLEY LLC

By: /s/ Gregory Castano, Jr.
  Gregory Castano, Jr.
  A Member of the Firm
155 Passaic Avenue, Suite 340
Fairfield, New Jersey 07004
(973) 808-1234
gcastano@cq-law.com

(signatures continue on page 2)

2

(signatures continued from page 1)

DEFENDANTS:

**FER Boulevard Realty Corp.**, and **Erez Shternlicht**,
by their undersigned counsel,

RIKER DANZIG SCHERER HYLAND PERRETTI, LLC

By:  /s/ Dennis J. Krumholz
         Dennis J. Krumholz
         A Member of the Firm
One Speedwell Avenue
Headquarters Plaza
Morristown, New Jersey 07962-1981
(973) 451-8454
dkrumholz@riker.com

   - and -

**Sternco Dominion Real Estate Corp., The Hartz Mountain Group**,
and **The Hartz Consumer Group, Inc.**
by their undersigned counsel,

FOX ROTHSCHILD, LLP

By:  /s/ Kenneth H. Mack
         Kenneth H. Mack
         A Member of the Firm
997 Lenox Drive, Building 3
Princeton Pike Corporate Center
Lawrenceville, NJ, 08648-2311
(609) 895-6631
kmack@foxrothschild.com

- and -

/s/ Curtis L. Michael
Curtis L. Michael, Esq.
Vice President, Assistant General Counsel
The Hartz Consumer Group, Inc.
400 Plaza Drive
Secaucus, New Jersey 07096

Tel: 201-272-5306
curt.michael@hartzmountain.com

2

43060